ROBERT F. WAGNER, as Receiver in Foreclosure of Premises Known as Lincoln Building at 60 East Forty-second Street, New York City, etc., and LINCOLN FORTY-SECOND STREET CORPORATION, Respondents, v. THE C. P. N. REALTY CORPORATION, Appellant.— Judgment and order so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

BENJAMIN B. WESLEY, Appellant, v. ETHEL BELLE DRAKE, Formerly Known as ETHEL BELLE COLBY and ETHEL BELLE KAUPP, Respondent.— Order so far as appealed from affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ROBERT A. HAAG, Appellant, v. EMMA C. TURNEY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

CONVEYOR SALES CO., INC., Appellant, v. THE TRAVELLERS INSURANCE COMPANY, Defendant, and THE ALLEN IRON AND STEEL COMPANY and BERTHA BAER WALTER, Individually and as Executrix, etc., of RAYMOND A. WALTER, Deceased, Respondents.— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JOSEPH H. REIF, as Trustee for the Benefit of Creditors of SHONGOOD, HART Co., INC., in Bankruptcy, Appellant, v. CHATHAM PHENIX NATIONAL BANK AND TRUST COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MARGARET McANENY, Appellant, v. MAX N. NATANSON, Respondent, Impleaded with Others.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

LARRY J. MARGULIES, Respondent, v. MILTON C. WEISMAN, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

PHILIP BRENNER and LOUIS BRENNER, Copartners, etc, Appellants, v. SAMUEL BRENNER and DAVID BRENNER, Individually and as Copartners, etc., Respondents.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by ALBERT CONWAY, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of the CAPITAL CITY SURETY COMPANY. ALBERT CONWAY, Superintendent of Insurance of the State of New York, as Liquidator of the CAPITAL CITY SURETY COMPANY, Appellant; BORIS LEAVITT, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.; Untermyer, J., dissents and votes to reverse and disallow the claim.